UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-01
JANUARY 30, 2018 SESSION

FILED
JAN 30 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:18-00011
     8 U.S.C. § 1326(a)

ROBERTO TULUL-AMBROCIO

# I N D I C T M E N T

(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about August 4, 2011, defendant ROBERTO TULUL-AMBROCIO, an alien, was found at or near Tucson, Arizona, and was subsequently removed from the United States to Guatemala on or about August 12, 2011.

2. On or about October 12, 2011, defendant ROBERTO TULUL-AMBROCIO, an alien, was found at or near Nogalez, Arizona, was convicted on October 13, 2011 in the United States District Court, District of Arizona of the misdemeanor offense of illegal entry into the United States, in violation of 8 U.S.C. § 1325, and was subsequently removed from the United States on or about November 25, 2011.

3. On or about January 16, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District

of West Virginia and elsewhere, defendant ROBERTO TULUL-AMBROCIO, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S Goes*
ERIK S. GOES
Assistant United States Attorney